UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1123
_____

NRA GROUP, LLC

v.

NICOLE DURENLEAU; JAMIE BADACZEWSKI

NICOLE DURENLEAU

v.

NRA GROUP, LLC; STEVE KUSIC; SHELL SHARMA

JAMIE BADACZEWSKI

v.

NRA GROUP, LLC; STEVE KUSIC

NRA GROUP, LLC,

　　　　　　　　　　　　　　　　Appellant

(District Court No.1:21-cv-00715)

_____

**SUR PETITION FOR REHEARING**
_____


Present: CHAGARES, <u>Chief Judge</u>, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, <u>Circuit Judges</u> and McKEE*, and AMBRO*, <u>Senior Circuit Judges</u>

_____

*The votes of Judge McKee and Judge Ambro are limited to panel rehearing only.

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is **granted**. The Court's opinion entered August 26, 2025, is **vacated**. The Clerk is directed to file the amended opinion contemporaneously with this order. As the changes do not affect the disposition of the appeal, the judgment will remain as filed.

The en banc court having been advised of the panel's action in accordance with 3d Cir. I.O.P. 9.5.7 and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for panel rehearing by the Court en banc is **denied**.

BY THE COURT,

THOMAS L. AMBRO
Circuit Judge

Dated: October 7, 2025